(100 South. 202)

Ex parte Green WEBSTER. (6 Div. 115.)

(Supreme Court of Alabama. April 24, 1924. Rehearing Denied May 22, 1924.)

Certiorari to Court of Appeals.

S. T. Wright, of Fayette, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Green Webster for certiorari to the Court of Appeals, to review and revise the judgment and decision there rendered in the case of Webster v. State, 19 Ala. App. 587, 100 South. 201.

Writ denied.